UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTINE GREGOIRE, et al.,<br><br>　　　　　　　Defendants. | NO.  CV-10-5010-CI<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PAY FILING FEE |

　　Mr. Silva was denied leave to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915(g) (Ct. Rec. 7). He has not paid the $350.00 filing fee as directed. He was advised his failure to do so would result in this action being summarily dismissed for failure to prosecute. Accordingly, **IT IS ORDERED** this action is **DISMISSED.**

　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file. The court certifies any appeal of this dismissal would not be taken in good faith.

　　**DATED** this  9th   day of April 2010.

　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　────────────────
　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER -- 1